United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARLON ALEXANDER MARTINEZ-HERNANDEZ,** | § § § | |
| **Petitioner,** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:26-CV-00914** |
| **MIGUEL VERGARA,** *et al.*, | § § § | |
| **Respondents.** | § | |

## ORDER

On June 1, 2026, the Court granted Petitioner Marlon Alexander Martinez-Hernandez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and ordered Respondents to release Petitioner from custody immediately, under reasonable conditions of release, and to submit a status report to the Court confirming Petitioner's release within 24 hours of the date of this Order. (Dkt. 8 at 4.) Respondents subsequently submitted two status reports, (Dkts. 9, 10), indicating that they were working to secure Petitioner's release, but were unable to confirm Petitioner's release to the Court within 24 hours.

Accordingly, Respondents are hereby **ORDERED** to submit an additional status report on or before **June 5, 2026, at 5:00 P.M. Central Time** indicating whether Petitioner has been released from custody.

IT IS SO ORDERED.

1 / 2

SIGNED this June 5, 2026.

Diana Saldaña
United States District Judge